# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC SMITH, | Case No. 24-CV-1868 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF NORTH BRANCH, MINNESOTA, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation issued on May 23, 2024 (Dkt. No. 4). No party has objected to the Report and Recommendation within the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Dkt. No. 4) is **ADOPTED**; and

2. The Complaint's request for a preliminary injunction (*see* Dkt. No. 1 at 1, 5) is **DENIED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  June 21, 2024            s/Patrick J. Schiltz
                                PATRICK J. SCHILTZ
                                Chief Judge
                                United States District Court