UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC SMITH, | Case No. 24-CV-1868 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF NORTH BRANCH, MINNESOTA, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation issued on July 8, 2024 (Dkt. No. 7). Based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. No. 7) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 6, 2024

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
Chief Judge